Christian LARSEN et al., Appellants, v. CHARLES STEAMSHIP CO., a Corporation, Claimant of the Steamship C. H. LAWRENCE, etc., Appellee.

No. 6088.

Circuit Court of Appeals, Ninth. Circuit.

May 14, 1930.

John J. Monahan, of San Diego, Cal., for appellants.

Overton, Lyman & Plumb and L. K. Vermille, all of Los Angeles, Cal., for appellee.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

No brief being filed on behalf of appellants when the case was regularly called for hearing, the appeal is dismissed.

Gilbert W. 'LEE v. COMMISSIONER OF INTERNAL REVENUE.

No. 5245.

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1930.

Warren, Hill & Hamblen, of Detroit, Mich., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Remanded to Board of Tax Appeals pursuant to stipulation of counsel.

Scott E. LESLIE v. PENNSYLVANIA R. R. CO.

No. 5364.

Circuit Court of Appeals, Sixth Circuit.

Jan. 17, 1930.

G. A. Boone and Howard M. Crow, both of Cleveland, Ohio, for appellant.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed upon authority of B. & O. v. Goodman, 275 U. S. 66, 48 S. Ct. 24, 72 L. Ed. 167, 56 A. L. R. 645.

Jacob LEVIN v. FISHER WALL PAPER CO. et al.

No. 5501.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1929.

Jos. B. Beckenstein, of Detroit, Mich., for appellant.

Fixel & Fixel, of Detroit, Mich., for appellees.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellant.

LIM LOCK, Appellant, v. John D. NAGLE, as Commissioner of Immigration, etc., Appellee.

No. 6078.

Circuit Court of Appeals, Ninth Circuit.

May 19, 1930.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

Motion of appellee to dismiss appeal for failure of appellant to print record and file brief (noncompliance with Rules 23 and 24 of the Rules of Practice of this court) granted, and appeal dismissed.